CFK

| PROB 22 (MD/PA 4/2016) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0314 1:16CR00074-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 19Cr300 - FFLS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeremy Joseph Morant | Middle District of Pennsylvania | Harrisburg |
| [address redacted] | NAME OF SENTENCING JUDGE | |
| | The Honorable Sylvia H. Rambo | |

FILED
MAY 2 2 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | February 4, 2019 | February 3, 2022 |

**OFFENSE**

21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Middle     DISTRICT OF     Pennsylvania

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

May 14, 2019
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Eastern     DISTRICT OF     Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
Effective Date                    United States District Judge