| PROB 22 (MD/PA 4/2016) | | DOCKET NUMBER *(Tran. Court)* 0314 1:16CR00074-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 19 Cr 300 - FELO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeremy Joseph Morant | Middle District of Pennsylvania | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sylvia H. Rambo | |
| | DATES OF SUPERVISED RELEASE | FROM: February 4, 2019 — TO: February 3, 2022 |

FILED MAY 22 2019 KATE BARKMAN, Clerk By ____ Dep. Clerk

**OFFENSE**

21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Pennsylvania**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Pennsylvania** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

May 14, 2019
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **Pennsylvania**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED MAY 24 2019 KATE BARKMAN, Clerk By ____ Dep. Clerk

5-24-19
*Effective Date*

*United States District Judge*