## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

Offender Name: Jeremy Joseph Morant                    Case No.: 5:19CR00300-001

Name of Judicial Officer: The Honorable Chad F. Kenney

Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo (MD/PA)

Date of Original Sentence: June 12, 2017

Original Offense:    Conspiracy to distribute and possess with intent to distribute oxycodone (Count Five).

Original Sentence:    The defendant was sentenced to 41 months imprisonment. Said sentence shall run consecutively to any sentence to be imposed at Lancaster County Docket Number 1019-2016. Upon release from imprisonment, you shall be on supervised release for a term of 3 years. A $100 special assessment was also imposed.

Special Conditions:    1) The defendant was ordered to pay a fine in the amount of $500.00. In the event the fine is not paid in full, prior to the commencement of supervised release, the defendant shall, as a condition of supervised release, satisfy the amount due in monthly installments of no less than $35.00 to commence thirty (30) days after release from confinement; 2) The defendant shall cooperate in the collection of a DNA sample as directed by the probation officer, unless a sample was collected during imprisonment; 3) The defendant shall submit to one drug test within 15 days of commencing supervision and at least two periodic drug tests thereafter for use of a controlled substance; 4) The defendant shall undergo a substance abuse evaluation, and, if recommended, the defendant shall satisfactorily complete a program of outpatient or inpatient substance abuse treatment; 5) The defendant shall undergo a mental health evaluation and, if recommended, the defendant shall satisfactorily complete a program of outpatient or inpatient mental health treatment; 6) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment schedule for payment of restitution, fines, or special assessment; 7) The defendant shall provide the probation officer with access to any requested financial information; and 8) The defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by the United States Probation Officer. Failure to submit to a search, may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

RE: Jeremy Joseph Morant
Case No.: 5:19CR00300-001

Amended Sentence: On April 19, 2018, the original sentence was amended due to clerical mistake. Under imprisonment, the defendant was ordered to serve 41 months imprisonment. ***Said sentence shall run consecutively to the anticipated state sentence to be imposed by Chester County Docket Number 1019-2016.***

Transfer of Jurisdiction: On May 24, 2019, jurisdiction of this matter was accepted by The Honorable Chad F. Kenney in the Eastern District of Pennsylvania.

Type of Supervision: Supervised Release        Date Supervision Commenced: February 4, 2019

U. S. Attorney's Response:    No Objections ☒    Objections ☐    No Response ☐

## PETITIONING THE COURT

On May 8, 2019, the U.S. Probation Office in the Middle District of Pennsylvania was notified that the defendant, who was under courtesy supervision in the Eastern District of Pennsylvania, due to his residence in Lancaster County, Pennsylvania, had submitted to several drug screens which yielded positive urinalysis results. Specifically, the defendant had tested positive as follows: Cocaine on April 2, 2019; opiates and cocaine on April 30, 2019; and opiates and cocaine on May 8, 2019. The defendant, after initially denying use on each occasion, admitted to using the substances in question. The Middle District of Pennsylvania notified the sentencing court of the violations, and it was agreed that no violative action would be taken, and the defendant would remain in substance abuse treatment in Lancaster, Pennsylvania. The Middle District of Pennsylvania also advised that they would initiate a transfer of jurisdiction, and the undersigned officer agreed.

Subsequently, the defendant was discharged from substance abuse treatment on June 7, 2019, after he signed a "no miss" contract and failed to appear for several sessions. He also tested positive for methamphetamine, cocaine, and opiates on June 26, 2019. He initially denied using any controlled substances, but later admitted to usage. On July 2, 2019, the defendant was presented with a waiver for a modification to include placement in a Residential Reentry Center (RRC) for a period of 120 days, with the conditions that he attend mental health and substance abuse counseling while at the RRC. The defendant signed the waiver and agreed to the proposed modification. A copy of the signed waiver has been attached. The United States Attorney's Office has advised that they have no objection to the proposed modification.

RE: <u>Jeremy Joseph Morant</u>
Case No.: 5:<u>19CR00300-001</u>

☒ To modify the conditions of supervision as follows:

The defendant shall enter and remain in a Residential Re-entry Center (RRC) for a period of 120 days. While at the re-entry center the defendant shall participate in substance abuse testing and substance abuse counseling, as well as participate in mental health counseling.

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Jason W. Fury
U.S. Probation Officer

Approved:

Carlos Montgomery
Supervising U.S. Probation Officer
Date: 7-8-19

JWF/am
Attachment

ORDER OF THE COURT

Considered and ordered this
____ day of JULY
2019 and ordered filed and made part of
the records in the above case.

Chad F. Kenney
U.S. District Court Judge

cc: Probation

(PAEP 12/09)

## UNITED STATES PROBATION OFFICE
### EASTERN DISTRICT OF PENNSYLVANIA

### NOTICE FOR MODIFICATION OF SUPERVISION CONDITIONS

TO:     **JEREMY JOSEPH MORANT**          Docket No. **19-300**

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

> The defendant shall enter and remain in a Residential Re-entry Center (RRC) for a period of 120 days. While in the re-entry center the defendant shall participate in substance abuse testing and substance abuse counseling.

The reason for this modification and addendum to the conditions of supervision is:

> On April 2, 2019, you tested positive for cocaine. On April 30, 2019, you tested positive for cocaine and opiates. On May 8, 2019, you tested positive for cocaine and opiates. On May 16, 2019, you commenced substance abuse treatment at Blue Prints, in Lancaster, Pennsylvania, and were subsequently discharged on June 7, 2019, for failure to attend treatment despite having signed a "no miss" contract. On June 26, 2019, you tested positive for methamphetamine, cocaine, and opiates.

You have the right to a hearing before the Court on the modification of the conditions of supervision, and the right to be represented by counsel at such hearing. You also have the right to waive such a hearing.   You are asked to acknowledge receipt of this notice by signing the applicable portion of this form.

If you desire a hearing, simply sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form.   You will be notified of the time, date, and location of the hearing.

If you wish to waive a hearing, sign the ACKNOWLEDGMENT AND WAIVER portion of the form.

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Jeremy Joseph Morant, acknowledge receipt of the Notice for Modification of Supervision Conditions, and request a hearing.

Signature _____

Witness

_____
U.S. Probation Office

Date: _____

---

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Jeremy Joseph Morant, acknowledge receipt of this Notice for Modification of Supervision Conditions. I have read and understand this Notice, that I have the right to a hearing before the Court, and the right to have legal representation at the hearing. However, I hereby waive my right to a hearing and agree to the proposed modification of the conditions of supervision. I also certify that no promises have been made in order to influence me to give up my right to a hearing, nor have any threats been directed at me if I had elected to proceed with a hearing.

Signature _Jeremy Morant_

Witness _JASON FURY_
U.S. Probation Office

Date: 7/2/19