PROB 12
(Rev. 10/93)

# United States District Court

for the

## Eastern District of Pennsylvania

September 4, 2020

U.S.A. vs. Jeremy Joseph Morant                    Case No. 5:19CR00300-001

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Jason W. Fury, U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jeremy Joseph Morant who was placed on supervised release by The Honorable Sylvia R. Rambo sitting in the Court at Harrisburg, Pennsylvania, on the 12th day of July 2017 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:        Conspiracy to distribute and possess with intent to distribute oxycodone (Count Five).

ORIGINAL SENTENCE:       The defendant was sentenced to 41 months imprisonment. Said sentence shall run consecutively to any sentence to be imposed at Lancaster County Docket Number 1019-2016. Upon release from imprisonment, a 3 year term of supervised release was imposed. A $100 special assessment was also imposed.

SPECIAL CONDITIONS:      1) The defendant shall cooperate in the collection of a DNA sample as directed by the probation officer, unless a sample was collected during imprisonment; 2) The defendant shall submit to one drug test within 15 days of commencing supervision and at least two periodic drug tests thereafter for use of a controlled substance; 3) The defendant shall undergo a substance abuse evaluation and, if recommended, the defendant shall satisfactorily complete a program of outpatient or inpatient substance abuse treatment; 4) The defendant shall undergo a mental health evaluation and, if recommended, the defendant shall satisfactorily complete a program of outpatient or inpatient mental health treatment; 5) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment schedule for

RE: Morant, Jeremy Joseph
Case No. 5:19CR00300-001

payment of restitution, fines, or special assessment; 6) The defendant shall provide the probation officer with access to any requested financial information; 7) The defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C.§ 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by the United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition; and 8) The defendant was ordered to pay a fine in the amount of $500.00. In the event the fine is not paid in full, prior to the commencement of supervised release, the defendant shall, as a condition of supervised release, satisfy the amount due in monthly installments of no less than $35.00 to commence thirty (30) days after release from confinement.

AMENDED SENTENCE:     On April 19, 2018, the original sentence was amended: Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36). Under imprisonment, the defendant was ordered to serve 41 months imprisonment. Said sentence shall run consecutively to the anticipated state sentence to be imposed by Chester County Docket Number 1019-2016.

TRANSFER OF
JURISDICTION:     On May 24, 2019, jurisdiction in this matter was accepted by The Honorable Chad F. Kenney in the Eastern District of Pennsylvania.

MODIFICATION OF
CONDITIONS:     On July 12, 2019, the Court signed a modification ordering that the defendant be placed in a Residential Reentry Center (RRC) for a period of 120 days, during which time the defendant would participate in mental health and drug and alcohol counseling and testing. On July 19, 2019, the Court signed an order agreeing that the defendant could report to the RRC after completion of an inpatient treatment program.

RE: Morant, Jeremy Joseph
Case No. 5:19CR00300-001

MODIFICATION OF
CONDITIONS:                    On December 10, 2019, the Court signed a modification
                               ordering the defendant to complete 50 hours of community
                               service as a sanction, after the defendant was found in
                               possession of suboxone at a Residential Reentry Center.

DATE SUPERVISION
COMMENCED:                     February 4, 2019

DATE SUPERVISION
TERMINATES:                    February 3, 2022

The above probation officer has reason to believe that the supervised releasee has violated the
terms and conditions of their supervision under such circumstances as may warrant revocation.
This condition is:

A.      Standard Condition: While on supervised release the defendant shall report to the probation
        officer.

        On June 23, 2020, the defendant tested positive for cocaine, and the defendant was
        instructed to enter substance abuse treatment. On July 4, 2020, staff at White Deer Run in
        York, Pennsylvania, contacted the probation officer and confirmed that the defendant was
        admitted for detox for a period of four to five days. The defendant was then scheduled to
        be admitted to inpatient substance abuse treatment at Pyramid Healthcare in
        Quarkertown, Pennsylvania. However, the probation officer was unable to confirm that
        the defendant was ever admitted to the program and, to date, no documentation from
        Pyramid has been received.

        On August 18, 2020, the defendant texted the probation officer and advised that his
        phone had been off. The defendant was instructed to report to the probation office in
        Reading, Pennsylvania, on August 24, 2020, with confirmation that he completed
        treatment. The defendant failed to report as instructed, and he also failed to provide any
        documentation regarding substance abuse treatment. The defendant was then instructed to
        report to the probation office on August 31, 2020, and to provide information regarding
        his substance abuse treatment; he again failed to report or provide confirmation of
        treatment attendance.

RE: Morant, Jeremy Joseph
Case No. 5:19CR00300-001

The defendant's probation officer in Lancaster County, Pennsylvania, advised that he has also received no confirmation of the defendant's enrollment or completion of inpatient treatment at Pyramid, and the defendant has failed to respond to that officer's attempts to contact him.   ***Mr. Morant's current whereabouts are unknown.***

**GRADE OF VIOLATION**                                                             <u>**C**</u>

PRAYING THAT THE COURT WILL ORDER...   **THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

**Carlos Montgomery**
Digitally signed by Carlos Montgomery
Date: 2020.09.04 10:37:13 -04'00'

Carlos Montgomery
Supervising U.S. Probation Officer
Place:   <u>Reading, PA</u>
Date:    <u>September 4, 2020</u>

JWF/am

cc: Assistant U.S. Attorney                    Probation Office
    Defense Attorney
    U.S. Marshal's - Warrant Squad

    ORDER OF THE COURT
Considered and ordered this __8th__ day
of <u>September</u>, 20<u>20</u>   and ordered
filed and made part of the records in the
above case.

/s/ Chad F. Kenney
_____
U.S. District Court Judge

## INFORMATION SHEET FOR REVOCATION OF SUPERVISION

| | | |
|---|---|---|
| United States of America | ) | Case No. 5:19CR00300-001 |
| vs. | ) | |
| Jeremy Joseph Morant | ) | |

Defendant's last known Address and
Telephone Number:

2644 Northfield Drive
East Petersburg, PA 17520
#717-344-4679

Defendant is in custody at:

Not currently in custody

Defendant's last known Counsel, Address and
Telephone Number:

William A. Fetterhoff, Esquire
218 Pine Street
P.O. Box 1161
Harrisburg, PA 17108
717-232-7722

Assistant U.S. Attorney:

Justin T. Ashenfelter, Esquire
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8323
justin.ashenfelter@usdoj.gov

Carlos Montgomery   Digitally signed by Carlos Montgomery
Date: 2020.09.04 10:37:34 -04'00'

Jason W. Fury
U.S. Probation Officer
Telephone No. 610-320-5169